**Opinion issued October 17, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00811-CV

———————————

**CHRISTOPHER MCCLOSKEY, Appellant**

**V.**

**MARY MCCLOSKEY, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-306843**

---

## MEMORANDUM OPINION

Appellant, Christopher McCloskey, proceeding pro se, has filed a "Motion to Withdraw Appeal," asserting that "[p]ursuant to an enforce[d] [Mediated Settlement Agreement], the parties . . . have reached an agreement to compromise and settle

their differences in t[wo] suits . . . [including] [trial] cause number 23-DCV-306843, the subject of this appeal."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). Further, although appellant's motion does not include a certificate of conference stating that appellant conferred or made a reasonable attempt to confer with appellee, Mary McCloskey, regarding the relief requested in the motion, more than ten days have passed, and appellee has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.